IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VANESSA EVANS,

    Plaintiff,

      v.

                              CIVIL ACTION FILE
                              NO. 1:17-CV-3663-TWT

BULL CITY FINANCIAL
SOLUTIONS, INC.,

    Defendant.

## ORDER

      This is an action under the Fair Debt Collection Practices Act and the Fair

Credit Reporting Act.  It is before the Court on the Report and Recommendation [Doc.

26] of the Magistrate Judge recommending granting in part and denying in part the

Defendant's Motion to Dismiss [Doc. 5]. Neither the Plaintiff nor the Defendant states

objections to the Report and Recommendation which have merit.  The Court approves

and adopts the Report and Recommendation as the judgment of the Court. The

Defendant's Motion to Dismiss [Doc. 5] is GRANTED in part and DENIED in part.

SO ORDERED, this 18 day of July, 2018.


                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge